UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDUL KAREEM AL-SHIMARY,

    Plaintiff,

v.                                  Case No. 21-10403

O.T. WINN, *ET AL.*,               Sean F. Cox
                                              United States District Court Judge

    Defendants.
_____/

**ORDER
ADOPTING REPORT AND RECOMMENDATION (ECF NO. 30)
AND DISMISSING WITHOUT PREJUDICE THE CLAIMS AGAINST DEFENDANTS
WINN, MINIARD, THOMAS, AND THE MDOC**

    This matter was referred to Magistrate Judge Patricia T. Morris for all pretrial proceedings. Thereafter, Defendants Winn, Gary Miniard, Thomas, and the Michigan Department of Corrections ("MDOC") filed a Motion for Summary Judgment. (ECF No. 26).

    In a Report and Recommendation issued on July 28, 2022, the magistrate judge recommends that the Court grant that Motion for Summary Judgment and dismiss Plaintiff's claims against these Defendants without prejudice for failure to exhaust. (ECF No. 30).

    The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

    Accordingly, the Court hereby **ADOPTS** the July 28, 2022 Report and Recommendation and **ORDERS** that Defendants' Motion for Summary Judgment is **GRANTED** and all claims against Defendants Winn, Miniard, Thomas, and the MDOC are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                                                  s/Sean F. Cox
                                                                  Sean F. Cox
                                                                  United States District Judge

Dated: August 22, 2022