UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDUL KAREEM AL-SHIMARY,

    Plaintiff,

v.                                        Case No. 21-10403

ALBERTA LOPEZ,                   Sean F. Cox
                                           United States District Court Judge

    Defendant.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 59)
## AND DISMISSING CLAIMS AGAINST DEFENDANT LOPEZ WITHOUT PREJUDICE

Plaintiff filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, asserting claims against several Defendants. This matter was referred to Magistrate Judge Patricia Morris for all pretrial proceedings. At this juncture, the only remaining Defendant is Alberta Lopez.

In a Report and Recommendation ("R&R") issued on November 8, 2023, Magistrate Judge Morris recommends that the Court grant Defendant Lopez's Motion for Summary Judgment, on the basis of exhaustion, and dismiss all claims against her in this action without prejudice.

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the November 8, 2023 Report and Recommendation and **ORDERS** that Defendant Lopez's Motion for Summary Judgment on the basis of exhaustion is **GRANTED** and all claims against Defendant Lopez are **DISMISSED WITHOUT PREJUDICE.**

1

**IT IS SO ORDERED.**

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: December 13, 2023